IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-MJ-00096-BAM |
|---|---|
| Plaintiff, | |
| v. | ORDER RE: REQUEST TO UNSEAL |
| ANTONIO EGURROLA-GAMBOA, | |
| Defendant. | |

**UNSEALING ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the redacted indictment from the Western District of Pennsylvania (Case No. 20-218) shall be unsealed.

IT IS SO ORDERED.

Dated:  **September 3, 2020**          /s/ Barbara A. McAuliffe
                                UNITED STATES MAGISTRATE JUDGE